UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BANKRUPTCY APPEAL

IN RE: __NEW SEABURY COMPANY LIMITED
         PARTNERSHIP__

CIVIL ACTION NO __04-11981-DPW__

O R D E R

WOODLOCK, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on __September 10, 2004,__

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __September 29, 2004__ and the Appellee's brief shall be filed on or before __October 14, 2004__. The Appellant may file and serve a reply brief on or before __October 25, 2004__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

__October 14, 2004__
Date

*[signature]*
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                                                [bro.]