**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2004 SEP 21  P 3: 53

| In re: |
| --- |
| NEW SEABURY COMPANY LIMITED PARTNERSHIP, |
| Debtor. |
| NEW SEABURY COMPANY LIMITED PARTNERSHIP, |
| Appellant, |
| v. |
| NEW SEABURY PROPERTIES, LLC, |
| Appellee, |

Case No. 97-12964-WCH U.S. DISTRICT COURT
Chapter 11    DISTRICT OF MASS.

Bankruptcy Appeal
04-cv-11981-DPW

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

New Seabury Company Limited Partnership, the appellant in the above captioned appeal, and New Seabury Properties, LLC, the appellee hereby jointly move for an extension of the deadlines for filing appellate briefs set forth in this Court's Order dated September 14, 2002 ("the Order"). In support of this Motion, the parties state the following:

1.    On September 14, 2002 this Court entered an Order establishing the following briefing deadlines:

    (a)    Appellant's brief filed:    September 29, 2004;

    (b)    Appellee's brief filed:    October 14, 2004; and

    (c)    Appellant's reply filed:    October 25, 2004.

2.    Due to the existence of complex factual and legal issues which are to be presented on appeal, and due to pre-existing scheduling conflicts, each party to this appeal respectfully requests a 14 day extension of the briefing schedule to enable that party to adequately prepare its brief.

BOS-650594 v1 0804655-0206

3.      Through this Motion the parties seek entry of an Order extending the deadlines

set forth in the Order as follows:

(a)    Appellant's brief filed:        October 15, 2004;

(b)    Appellee's brief filed:        October 29, 2004; and

(c)    Appellant's reply filed:       November 10, 2004.

WHEREFORE, the parties jointly respectfully request that this Court enter an Order:

1.    Extending the deadlines set forth in the Order in accordance with Paragraph
      3 herein; and

2.    Granting any other such relief as is just and equitable.

                                        Respectfully submitted,

NEW SEABURY PROPERTIES, LLC,            NEW SEABURY COMPANY L.P.
By its attorneys,
                                        By its attorneys,


/s/ Daniel E. Rosenfeld                 /s/ John J. Monaghan
Daniel E. Rosenfeld (BBO #560226)       John J. Monaghan (BBO #546454)
KIRKPATRICK & LOCKHART LLP              Lynne B. Xerras (BBO# 632441)
75 State Street                         HOLLAND & KNIGHT, LLP
Boston, MA  02109                       10 St. James Avenue
(617) 261-3100                          Boston, MA  02116
                                        (617) 523-2700
                                        (617)523-6850 (facsimile)
                                        e-mail:  bos-bankruptcy@hklaw.com


Dated:  September 21, 2004

- 3 -

## CERTIFICATE OF SERVICE

I, John J. Monaghan, counsel to the Appellant in the above captioned bankruptcy appeal, do hereby certify that on this 21st day of September, 2004, I served a copy of the foregoing motion upon counsel to the appellee by facsimile.

/s/ John J. Monaghan

# 2266122_v1