```
               UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS
```

In re:

New Seabury Company Limited              CIVIL ACTION NO.
Partnership                              04-11981-DPW
    Appellant

  v.

New Seabury Properties, LLC
    Appellee

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with the Court's ruling on March 16, 2005 affirming the decision of the Bankruptcy Court, for the reasons stated on the record in open court, the above captioned matter is hereby DISMISSED.

                                        BY THE COURT,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

DATE:    MARCH 23, 2005