UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:

NEW SEABURY COMPANY LIMITED PARTNERSHIP,

    Debtor.

NEW SEABURY PROPERTIES, LLC,

    Appellants,

v.

NEW SEABURY COMPANY LIMITED PARTNERSHIP,

    Appellee.

Case No. 97-12964-WCH
Chapter 11

Bankruptcy Appeal
Civil Action No. 04-11981-DPW

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

New Seabury Company Limited Partnership, the post-confirmation debtor in the above-captioned matter, hereby appeals, pursuant to 28 U.S.C. § 158(d) and Federal Rule of Appellate Procedure 6(b), the Order of Dismissal entered by the United States District Court for the District of Massachusetts on March 23, 2005 and docketed on the same day, to the United States Court of Appeals for the First Circuit.

The parties to the Order appealed from and their attorneys are the following:

1.   New Seabury Company Limited Partnership, by its counsel John J. Monaghan, Holland & Knight, LLP, 10 St. James Avenue, Boston, Massachusetts 02116, phone: (617) 523-2700, facsimile: (617) 523-6850, e-mail: bos-bankruptcy@hklaw.com.

2.   New Seabury Properties LLC, by its counsel Daniel E. Rosenfeld, Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, Massachusetts, 02109, phone: (617) 261-

- 2 -

3100, facsimile: (617) 261-3175; and Robert N. Michaelson, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, 599 Lexington Avenue, New York, New York, 10022-6030, phone: (212) 536-3900, facsimile: (212) 536-3901.

Respectfully submitted,

NEW SEABURY COMPANY LIMITED PARTNERSHIP,

by its attorneys,

HOLLAND & KNIGHT, LLP

John J. Monaghan (BBO # 546454)
Lynne B. Xerras (BBO # 632441)
David G. Sobol (BBO # 647057)
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: March 24, 2005

## CERTIFICATE OF SERVICE

I, John J. Monaghan, attorney for New Seabury Company Limited Partnership in connection with the above-captioned bankruptcy proceeding, hereby certify that on this 24th day of March, 2005, I served, by first-class mail, postage pre-paid, copies of the foregoing *Notice of Appeal* upon the following interested parties:

Office of the U.S. Trustee
O'Neill Federal Bldg., Room 1184
10 Causeway Street
Boston, MA 02222

Robert N. Michaelson, Esquire
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Daniel E. Rosenfeld, Esquire
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109

_____
John J. Monaghan

# 2714044_v1

