# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NEW SEABURY COMPANY<br>LIMITED PARTNERSHIP,<br><br>　　　　　　Debtor.<br><br>NEW SEABURY PROPERTIES, LLC,<br><br>　　　　　　Appellants,<br><br>v.<br><br>NEW SEABURY COMPANY<br>LIMITED PARTNERSHIP<br><br>　　　　　　Appellee. | Case No. 97-12964-WCH<br>Chapter 11<br><br><br><br><br><br><br>Bankruptcy Appeal<br>Civil Action No. 04-11981-DPW |

## NOTICE OF CROSS APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FIRST CIRCUIT

New Seabury Properties, LLC hereby appeals, pursuant to 28 U.S.C. § 158(d) and Federal Rule of Appellate Procedure 6(b), the Order of Dismissal entered by the United States District Court for the District of Massachusetts on March 23, 2005 and docketed on the same day, to the United States Court of Appeals for the First Circuit.

The parties to the Order appealed from and their attorneys are the following:

1.　　　New Seabury Properties, LLC, by its counsel Daniel E. Rosenfeld, Esq., and David M. Glynn, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, Massachusetts, 02109, phone (617) 261-3100, facsimile: (617) 261-3175; and Robert N. Michaelson, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, 599 Lexington Avenue, New York, New York, 10022-6030, phone: (212) 536-3900, facsimile: (212) 536-3901.

- 2 -

2. New Seabury Company Limited Partnership, by its counsel John J. Monaghan, Holland & Knight, LLP, 10 St. James Avenue, Boston, Massachusetts 02116, phone: (617) 523-2700, facsimile: (617) 523-6850.

        Respectfully submitted,

        NEW SEABURY PROPERTIES, LLC, *et al.*
        By their attorneys,


        /s/ Daniel E. Rosenfeld
        Daniel E. Rosenfeld (BBO #560226)
        KIRKPATRICK & LOCKHART
          NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA  02109
        (617) 261-3100

Dated:  April 14, 2005