UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NEW SEABURY COMPANY<br>LIMITED PARTNERSHIP,<br><br>　　　　　　　Debtor.<br><br>NEW SEABURY PROPERTIES, LLC,<br><br>　　　　　　　Appellants,<br><br>v.<br><br>NEW SEABURY COMPANY<br>LIMITED PARTNERSHIP<br><br>　　　　　　　Appellee. | Case No. 97-12964-WCH<br>Chapter 11<br><br><br><br><br><br><br>Bankruptcy Appeal<br>Civil Action No. 04-11981-DPW |

**CROSS-APPELLANT'S DESIGNATION OF ITEMS TO BE
INCLUDED IN THE RECORRD**

New Seabury Properties, LLC ("NSP"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designates, for inclusion in the record on appeal to the First Circuit Court of Appeals, all of the items designated by the appellant New Seabury Company Limited Partnership ("NSC") in Appellant's Designation of Items to be Included in the Record filed with this Court on April 4, 2005. To prevent unnecessary duplication of the items already designated by NSC, NSP has not attached a copy of those items here.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　NEW SEABURY PROPERTIES, LLC, *et al.*
　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　/s/ Daniel E. Rosenfeld
　　　　　　　　　　　　　　　　Daniel E. Rosenfeld (BBO #560226)
　　　　　　　　　　　　　　　　KIRKPATRICK & LOCKHART
　　　　　　　　　　　　　　　　　NICHOLSON GRAHAM LLP
　　　　　　　　　　　　　　　　75 State Street
　　　　　　　　　　　　　　　　Boston, MA  02109
Dated:  April 14, 2005　　　　　　(617) 261-3100