## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>NEW SEABURY COMPANY<br>LIMITED PARTNERSHIP,<br><br>                    Debtor. | Case No. 97-12964-WCH<br>Chapter 11 |
| NEW SEABURY PROPERTIES, LLC,<br><br>                    Appellants,<br><br>v.<br><br><br>NEW SEABURY COMPANY<br>LIMITED PARTNERSHIP<br><br>                    Appellee. | Bankruptcy Appeal<br>Civil Action No. 04-11981-DPW |

### NOTICE OF APPEARANCE

David M. Glynn hereby gives notice of appearance as counsel for Defendants New Seabury Properties, LLC, et al. in the above-captioned matter.  Daniel E. Rosenfeld will also continue as counsel for New Seabury Properties, LLC, et al.

Respectfully submitted,

NEW SEABURY PROPERTIES, LLC, *et al.*
By their attorneys,


/s/ David M. Glynn
David M. Glynn (BBO #650964)
KIRKPATRICK & LOCKHART
  NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109
(617) 261-3100


Dated:  April 14, 2005