UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

In re:

| | |
|---|---|
| New Seabury Company Limited Partnership | CIVIL ACTION NO. 04-11981-DPW |
|     Appellant | |
|   v. | |
| New Seabury Properties, LLC | |
|     Appellee | |

### JUDGMENT

WOODLOCK, District Judge

    In accordance with the mandate issued on June 30, 2006 by the United States Court of Appeals for the First Circuit, Judgment is hereby entered as follows:

**The judgment of the bankruptcy court dated March 11, 1999 is hereby AFFIRMED and all subsequent contrary judgments of this district Court are hereby VACATED.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATE:    July 31, 2006